IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK STEPHEN GALVEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-350 |
| M. MARTIN, WARDEN | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Mark Stephen Galvez, a federal prisoner formerly confined at FCI Beaumont proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

---

[1] Petitioner has failed to update this Court with his current address.

in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** on December  20 , 2012.

_____
Ron Clark
United States District Judge